IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 15-40656 |
| ANTONIO LEWIS | * | CASE UNDER CHAPTER 13 |
| ANGELA JOHNSON LEWIS | | |
| 6088 WALTERS LOOP | * | |
| COLUMBUS, GA 31907 | | |
| | * | |
| SSN ***-**-0975 | | |
| SSN ***-**-2183 | * | |
| | | |
| DEBTORS, | * | |

NOTICE

    The Debtors have filed papers with the United States Bankruptcy Court, P.O. Box 2147, Columbus, Georgia 31902 (706) 649-7837, to modify the above referenced Chapter 13 Plan.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the Court to modify the Chapter 13 Plan, or if you want the Court to consider your views on the motion, then you or your attorney must:

    Attend the Hearing scheduled to be held on October 16, 2015 at 9:00 A.M. in Courtroom, United States Bankruptcy Court, located at Suite 309, 1 Arsenal Place, 901 Front Avenue, Columbus, Georgia.

    If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

    This 21st day of September 2015.

AREY, LONG & CROSS, P.C.

By: _____
William H. Arey
Attorney for Debtors
P.O. Box 8641
Columbus, GA   31908
(706) 596-6745
State Bar No: 021238

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 15-40656 |
| ANTONIO LEWIS | * | CASE UNDER CHAPTER 13 |
| ANGELA JOHNSON LEWIS | | |
| 6088 WALTERS LOOP | * | |
| COLUMBUS, GA 31907 | | |
| | * | |
| SSN ***-**-0975 | | |
| SSN ***-**-2183 | * | |
| | | |
| DEBTORS, | * | |

## MOTION FOR MODIFICATION OF PLAN BEFORE CONFIRMATION

The DEBTORS, under the authority of Section 1323 of the Bankruptcy Code, files this Motion for Modification of Plan and respectfully shows:

1.

Debtors propose to modify the Plan as follows: By adding United Consumer Financial Services as a secured creditor having security interest in a Kirby Cleaning System in the amount of $2,287.76, and they will be paid outside the Chapter 13 Plan by the debtors as the debt was incurred on July 24, 2015; and by showing Progressive Leasing will be paid outside the Chapter 13 Plan by the debtors as they wish to assume the lease on the household furnishings. All other terms shall remain the same.

2.

After notice and opportunity for objections, the plan as modified should become the Debtors' plan.

WHEREFORE, the Debtors pray that their motion for modification of plan be approved.

AREY, LONG & CROSS, P.C.

By: /s/ William H. Arey
William H. Arey
Attorney for Debtors
P.O. Box 8641
Columbus, GA 31908
(706) 596-6745
State Bar No: 021238

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE: Antonio Lewis & Angela Johnson Lewis

DEBTORS,

CHAPTER 13 CASE NO: 15-40656

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s) employer) shall pay to the trustee the sum of $ 2,190.00 monthly. (If the payments change over time include the following.) Theses plan payments change to $ N/A monthly on N/A, 2015.

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) The trustee percentage fee as set by the United States Trustee;
   (b) The monthly payments will be made on the following long-term debts: (payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | MONTH OF FIRST PAYMENT UNDER PLAN | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| N/A | | |

(c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts made after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| GMC | $25.00 |
| ALLY FINANCIAL | $25.00 |

(d) The following claims are not subject to cram down because debts are secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. See Section 1325(a).

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| GMC | $35,759.47 | $35,759.47 | 5% | 2014 GMC YUKON | $830.00 |
| ALLY FINANCIAL | $40,100.59 | $40,100.59 | 5% | 2015 CHEVROLET SUBURBAN | $967.00 |

(e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| OCWEN LOAN SERVICING | $1,278.00 | | | ARREARS MORTGAGE | $35.00 |
| FARMER'S FURNITURE | $1,169.85 | $1,000.00 | | FURNITURE | $21.00 |
| BADCOCK | $529.18 | $500.00 | | FURNITURE | $15.00 |

(f) Attorney fees ordered pursuant to 11 U.S.C. § 507(a)(2) of $ 3,000.00 to be paid as follows:

| Pursuant to the Current Administrative Order on Attorney Fee Awards | Pay according to the Administration Order. |
|---|---|

(g) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| N/A | | | | | |

(h) The following collateral is surrendered to the creditor :

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| N/A | |

(i) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will/will not be made simultaneously with payment of the secured debt and will/will not include interest at a rate of ___%. Interest can only be included if the plan is proposing to pay all claims in full.)

| NAME OF CREDITOR | PAYMENT AMOUNT |
|---|---|
| N/A | |

(j) The following unsecured claims are classified to be paid at 100%. These payments will/will not be made simultaneously with payment of the secured debt: __N/A__ .

(k) All other 11 U.S.C. § 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law: ____N/A____ .

(l) The debtor(s) will be the disbursing agent on the following debts:___OCWEN LOAN SERVICING , PROGRESSIVE LEASING AND UNITED CONSUMER FINANCIAL SERVICES.___

(m) Special provisions:

(a) Confirmation of the case will constitute a finding the requirements of Section 521 have been completed with.
(b) The Non-PMSI in HHG of the following shall be void upon completion of the Plan:
(c) The valuations shown above will be binding unless a timely objection to confirmation is filed. Secured claims shall be allowed for the value of the collateral or the amount of the claim, whichever is less, and shall be paid in monthly installments and at the interest rate as shown above. Secured creditors shall retain their liens as provided in 11 U.S.C. § 1325(a)(5).
(d) Upon completion of the Chapter 13 Plan payment to the secured creditors, any and all liens held shall be released, and the title returned to the debtor(s), except this does not apply to any long term debt, regulatory liens or debts being paid outside the Chapter 13 Plan.
(e) Any Mortgage payments made after the date of filing are only to be applied to current balances.
(f) The collateral surrendered to the creditor as shown above in Paragraph H is in full satisfaction of the debt.
(g) The following Executory Contracts and/or leases being assumed by the debtor(s) pursuant to this plan, the Debtor(s) shall make all pre-confirmation §1326 adequate protection payments directly to the Lessors pursuant to the terms of the contract: _PROGRESSIVE LEASING_
(h) Property of the estate does not revest upon confirmation.
(i) Debtor(s) may execute a Quit Claim Deed back to the mortgage holder after confirmation on any property surrendered in Paragraph H.
(j) **IF THE DEBTOR(S) HAVE ANY STUDENT LOANS, THEY SHALL BE DEFERRED DURING THE PENDENCY OF THIS CHAPTER 13 PLAN:** _____ .

(n) Debtor(s) will make payments that will meet all of the following parameters (these are not cumulative, debtor(s) will pay the highest of the three)

(i) Debtor(s) will pay all of the disposable income as shown on From B22C of $_0.00_ to the non priority unsecured creditors in order to be eligible for discharge.

(ii) If the debtor(s) filed a Chapter 7 case, the unsecured creditors would receive $_0.00_. Debtor(s) will pay this amount to the priority and other unsecured creditors in order to be eligible for discharge.

(iii) The debtor(s) will pay $_N/A_ To the general unsecured creditors to be distributed Pro Rata.

(o) General unsecured creditors whose claims are duly proven and allowed will be paid:

(a) _N/A_% dividend as long as this dividend exceeds the highest amount, if any, shown in Paragraphs (n)(i), (n), (ii) or (n)(iii), and the debtor pays in at least 36 monthly payments to be eligible for discharge.

(b) The debtor(s) will make payments for _60_ months and anticipates a dividend of _100_ %, but will also exceed the highest amount shown in Paragraphs (n)(i), (n), (ii) or (n)(iii) above.

(p) Unless otherwise ordered by the Court, all property of the estate, whether in the possession of the Trustee or the Debtor(s), remains property of the estate subject to the Court's Jurisdiction, notwithstanding Section 1327(b), except as otherwise provided in Paragraph (M) above. Property of the estate not paid to the Trustee shall remain in the possession of the Debtor(s). All property in the possession and control of the Debtor(s) shall be insured by the Debtor(s). The Chapter 13 Trustee will not and is not required to insurance assets and has no liability for injury to any person, damage or loss to any property in possession and control of the Debtor(s) or other property affected by property in possession and control of the Debtor(s).

(q) Notwithstanding the proposed treatment or classification of any claim in the plan confirmed in this case, all lien avoidance actions or litigation involving the validity of liens, or preference action will be reserved and can be pursued after confirmation of the plan. Successful lien avoidance or preference actions will be grounds for modification of the plan.

Date: 9/21/15

AREY, LONG & CROSS
William H. Arey, Attorney at Law
P.O. Box 8641, Columbus, GA 31908
(706) 596-6745 State Bar No: 021238

## CERTIFICATE OF SERVICE

I, William H. Arey, certify that I am and, at all times hereinafter mentioned, was more than 18 years of age; and that on the date below, I served a copy of the within Motion for Modification of Plan Before Confirmation and Notice by mailing a copy of the same in the United States Mail with appropriate postage affixed thereon to insure proper delivery addressed as follows:

SEE ATTACHED DISTRIBUTION LIST

I, certify under penalty of perjury that the foregoing is true and correct.

Executed on 9/21/2015     By: _____
AREY, LONG & CROSS, P.C.
William H. Arey
Attorney for the Debtors
P.O. Box 8641
Columbus, GA 31908
(706) 596-6745
State Bar No: 021238

```
Label Matrix for local noticing          AmeriCredit Financial Services, Inc. dba GM    (p)FARMERS FURNITURE
113G-4                                   P.O. Box 183853                                ATTN CORPORATE CREDIT DEPT
Case 15-40656                            Arlington, TX 76096-3853                       PO BOX 1140
Middle District of Georgia                                                              DUBLIN GA 31040-1140
Columbus
Wed Sep 16 11:47:20 EDT 2015

Ocwen Loan Servicing, LLC, as servicer for U    W. S. Badcock, Corp.                   4
C/O ALDRIDGE PITE, LLP                          P. O. Box 724                          901 Front Avenue
4375 Jutland Drive, Suite 200                   Mulberry, FL 33860-0724                P.O. Box 2147
P.O. Box 17933                                                                         Columbus, GA 31902-2147
San Diego, CA 92177-7921


AAFMAA                                   Ally Financial                                Ally Financial/GMAC
102 Sheridan Avenue                      PO Box 130424                                 P.O. Box 380902
Fort Myer, VA 22211-1110                 Roseville, MN 55113-0004                      Bloomington, MN 55438-0902



(p)AMERICREDIT                           Armed Forces Bank                             Capital One
PO BOX 183853                            AAFMA                                         P.O. Box 30285
ARLINGTON TX 76096-3853                  3824 S. Jones Blvd Suite 6                    Salt Lake City, UT 84130-0285
                                         Las Vegas, NV 89103-2451



Capital One Bank (USA), N.A.             Care Credit                                   (p)DIRECTV LLC
PO Box 71083                             Synchrony Bank                                ATTN BANKRUPTCIES
Charlotte, NC  28272-1083                P.O. Box 965033                               PO BOX 6550
                                         Orlando, FL 32896-5033                       GREENWOOD VILLAGE CO 80155-6550



Farmers Furniture                        (p)JEFFERSON CAPITAL SYSTEMS LLC              GMC Financial
4231 Macon Road                          PO BOX 7999                                   P.O.Box 183834
Columbus, GA 31907-8330                  SAINT CLOUD MN 56302-7999                     Arlington, TX 76096-3834



Ginny's                                  IHeartMedia                                   Insta Loan
P.O. Box 2525                            P.O. Box 406253                               Equity Auto Loan
Monroe, WI 53566                         Atlanta, GA 30384-6253                        3440 Buena Vista Road
                                                                                       Columbus, GA 31906



NAVY FEDERAL CREDIT UNION                Navy Federal Credit Union                     Ocwen Loan Servicing, LLC
PO BOX 3000                              820 Follin Lane                               C/O ALDRIDGE PITE, LLP
MERRIFIELD, VA 22119-3000                Vienna, VA 22180-4907                         4375 Jutland Drive, Suite 200
                                                                                       P.O. Box 17933
                                                                                       San Diego, CA 92177-7921


Ocwen Loan Servicing, LLC                Ocwen Loan Servicing, LLC                     Progressive
P.O. Box 785055                          c/o ALDRIDGE PITE LLP                         10619 South Jordan Gateway
Orlando, FL 32878-5055                   Fifteen Piedmont Center                       Suite 100
                                         3575 Piedmont Rd., NE, Ste 500                South Jordan, UT 84095-3974
                                         Atlanta GA 30305-1623


Rise Credit                              Time Payment Corp                             Time Warner
4150 International Plaza                 16 New England Executive Park Drive           Credit Management
Suite 40                                 Suite 200                                     4200 International Parkway
Fort Worth, TX 76109-4892                Burlington, MA 01803-5222                     Carrollton, TX 75007-1912
```

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987

USAA Savings Bank
P.O. Box 65020
San Antonio, TX 78265-5020

Wells Fargo Bank
P.O. Box 14517
Des Moines, IA 50306-3517

Angela Johnson Lewis
6088 Walters Loop
Columbus, GA 31907-5367

Antonio Lewis
6088 Walters Loop
Columbus, GA 31907-5367

Kristin Hurst
Office of the Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902-1907

William H. Arey
P.O. Box 8641
Columbus, GA 31908-8641

United Consumer Financial Services
865 Bassett Road
Westlake, OH 44145

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Farmers Furniture
Attn: Corporate Credit
PO Box 1140
Dublin, GA 31040-1140

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

(d)Badcock & More
201 W. Main Street
Manchester, GA 31816

Direct TV
P.O. Box 538605
Atlanta, GA 30353

(d)Farmers Furniture
Attn: Corporate Credit
P.O. Box 1140
Dublin, GA 31040

Finger Hut
P.O. Box 7999
St. Cloud, MN 56302

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

(d)W. S. Badcock, Corp.
P. O. Box 724
Mulberry, FL 33860-0724

End of Label Matrix
Mailable recipients    36
Bypassed recipients    2
Total                  38